# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

**ORIGINAL**

TEXAS US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2022 MAY 13 PM 12:51

DEPUTY CLERK MS

Cheryl Sherry Ann Martin
**Plaintiff**

v.

Trump Democrats Republicans
**Defendant**

Case Number: 3:17-cv-00992 L BT

Magistrate Rebecca Rutherford
Facebook hacked, now I'm being in do window in threats

5/10/22 Cheryl Sherry Ann Martin Facebook.com been hacked, I'm being in do window in threats, Facebook Sherry Ann Martin, friends, and Russia Mr. Putin ID theft TX ID 02320383, Lonestar. Offline, no one give job, got to be online Bank of America won't give statement transaction flight Texas to Moscow 10/9/2018, 10/10/2018, 6 paid Russia Visa TX Passport

*Attach additional pages as needed.

Date: 5/13/22

Signature: Cheryl A Mart

Print Name: Cheryl Ann Martin

Address: 1513 E Pearside St

City, State, Zip: Ft Worth TX Metro

Telephone: 817-833-4012, off and hid for my protection