IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHERYL SHERRY ANN MARTIN,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action Nos.: | |
| § | **3:22-CV-1103-L-BT** | |
| § | **3:22-CV-1104-L-BT** | |
| **TRUMPDEMOCRATSREPUBLICANS,** § | **3:22-CV-1113-L-BT** | |
| *et al.,* § | **3:22-CV-1114-L-BT** | |
| § | **3:22-CV-1115-L-BT** | |
| Defendant. § | | |

# JUDGMENT

This judgment is issued pursuant to the court's order, dated July 15, 2022. It is, therefore, **ordered, adjudged, and decreed** that all of the above-referenced actions by Plaintiff are **dismissed without prejudice** for lack of subject matter jurisdiction. The clerk of the court shall file a copy of this judgment in all these cases.

**Signed** this 15th day of July, 2022.

Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**